IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL M. GORDON                                                                          PETITIONER


VS.                                        CASE NO. 6:13-CV-6055


RAY HOBBS, Director,
Arkansas Department of Corrections                                                      RESPONDENT


## ORDER

Before the Court is the Report and Recommendation filed January 28, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant has examined Paul Gordon's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (ECF Nos. 1, 4, & 5). Judge Bryant recommends that the petition by denied as untimely.[1] Gordon has filed an objection to the Report and Recommendation. (ECF No. 17). Gordon's objections do not contain any relevant arguments that have not already been raised and thoroughly addressed by Judge Bryant. After conducting a *de novo* review of the record, the Court overrules Gordon's objections and adopts Judge Bryant's Report and Recommendation as its own.

Gordon's Petition is hereby **DENIED** as untimely and is **DISMISSED WITH PREJUDICE**. Petitioner's motions[2] that were filed after the Report and Recommendation

---

[1] As independent grounds for dismissal, Judge Bryant also found that Gordon did not present his claims to the state courts in Arkansas, and has procedurally defaulted those claims by failing to comply with a state procedural rule.

[2] Petitioner filed two motions for the production of records (ECF Nos. 18 & 26) and one motion to strike records. (ECF No. 24). These motions rehash issues already addressed in the Report and Recommendation and request records that are irrelevant in light of the Court's ruling on the Petition's untimeliness.

issued are hereby **DENIED AS MOOT**.  (ECF Nos. 18, 24, & 26).

IT IS SO ORDERED, this 8th day of April, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge